1   BRYAN J. WILSON (CA SBN 138842)
    MORRISON & FOERSTER LLP
2   755 Page Mill Road
    Palo Alto, California  94304-1018
3   Telephone: 650.813.5600
    Facsimile: 650.494.0792
4   bwilson@mofo.com

5   DENNIS B. SCHULTZ (*Admitted Pro Hac Vice*)
    TIMOTHY M. LABADIE (*Admitted Pro Hac Vice*)
6   BUTZEL LONG, PC
    100 Bloomfield Hills Parkway, Ste. 200
7   Bloomfield Hills, Michigan 48304
    Telephone: (248) 258-1616
8   Facsimile: (248) 258-1439
    schultz@butzel.com
9   labadiet@butzel.com

10  Attorneys for Defendant
    PC TREASURES, INC. and Defendant/Counterclaimant
11  KAREN SWEET

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RE:LAUNCH, LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>PC TREASURES, INC. and KAREN SWEET,<br><br>         Defendants, | Case No.    C-05-0697 PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| KAREN SWEET,<br>         Counterclaimant,<br>    v.<br>RE:LAUNCH, LLC,<br>         Counter-Defendant. | Current Date: July 7, 2005<br>New Date:      September 1, 2005<br>Time:              2:30 p.m.<br>Place:             Ctrm 3, 17th Flr.<br>Judge:            Hon. Phyllis J. Hamilton |

Defendant PC Treasures, Inc. and Defendant/Counterclaimant Karen Sweet ("Defendants") and Plaintiff Re:Launch, LLC ("Re:Launch"), through their respective counsel, jointly request that the Court grant the Order continuing the scheduled Case Management Conference hearing from Thursday, July 7, 2005, at 2:30 p.m. to Thursday, September 1, 2005, at 2:30 p.m. in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102-3483, with the Case Management Conference Statement due August 25, 2005.

Dated: June 29, 2005

BRYAN J. WILSON
MORRISON & FOERSTER LLP

By:  /s/ Bryan J. Wilson
        Bryan J. Wilson

Attorneys for Defendant
PC TREASURES, INC. and
Defendant/Counterclaimant KAREN SWEET

Dated: June 29, 2005

ANDREW A. AUGUST
PINNACLE LAW GROUP

By:  /s/ Andrew A. August
        Andrew A. August

Attorneys for Plaintiff
RE:LAUNCH, LLC

I, Bryan J. Wilson, am the ECF User whose ID and password are being used to file this Request Joint Stipulation And [Proposed Order to Continue Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Andrew A. August has concurred in this filing.

Date: June 29, 2005                              /s/ Bryan J. Wilson
                                                         Bryan J. Wilson

IT IS SO ORDERED:

Date: 7/1/05

HONORABLE PHYLLIS J. HAMILTON

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC                                                                 1
CASE NO.05-0697 PJH
pa- 990906