1  **TODD C. HEDIN, ESQ. [CSB #59483]**
   **MacDONALD, PRAETZEL, MITCHELL,**
2  **HEDIN & BREINER**
   **1000 Fourth Street, Suite 570**
3  **San Rafael, CA 94901**
   **Telephone: (415) 453-0534**
4  **Facsimile:   (415) 453-0441**

5  **ZACHARY L. HAMMERMAN [State Bar No. 223667]**
   **JASON L. ROSS (admitted *pro hac vice*)**
6  **ANDREW R. MARGRABE (admitted *pro hac vice*)**
   **GREENSFELDER, HEMKER & GALE, P.C.**
7  **10 South Broadway, 2000 Equitable Building**
   **St. Louis, Missouri 63102-1747**
8  **Telephone:  (314) 241-9090**
   **Facsimile:    (314) 345-4704**
9
   **Attorneys for Plaintiff/Counter-Defendant**
10 **RELAUNCH, LLC**

11                    IN THE UNITED STATES DISTRICT COURT

12                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                              SAN FRANCISCO DIVISION

14

15 | RELAUNCH, LLC, | ) | Case No. C-05-0697- PJH |
   |                                | ) |                                 |
16 |           Plaintiff,           | ) |                                 |
   | vs.                            | ) | **STIPULATION OF DISMISSAL**    |
17 |                                | ) | **AND ORDER**                   |
   | PC TREASURES, INC. and         | ) |                                 |
18 | KAREN SWEET,                   | ) |                                 |
   |                                | ) |                                 |
19 |           Defendants.          | ) |                                 |
   |_____| ) |                                 |
20 |                                | ) |                                 |
   | AND RELATED COUNTER-CLAIM      | ) |                                 |
21 |_____| ) |                                 |

22

23

24     IT IS HEREBY STIPULATED by and between the parties to this action through their

25 respective attorneys of record that, pursuant to Settlement Agreement, the above-captioned action

26 be and hereby is dismissed, the entire action (Complaint and Counter-Claim), with prejudice,

27  //

28  //

STIPULATION FOR DISMISSAL                                                              PAGE 1

pursuant to FRCP 41(a)(1).  Each party shall bear its or her own respective fees and costs.

Dated: September 20, 2006

/s/ Todd C. Hedin

TODD C. HEDIN, Esq.
MacDONALD, PRAETZEL, MITCHELL, HEDIN & BREINER
Attorneys for Plaintiff & Counter-Defendant
RELAUNCH, LLC

Dated: September 20, 2006

/s/ Bryan Wilson

BRYAN WILSON, Esq.
MORRISON & FOERSTER, LLP
Attorneys for Defendants
PC TREASURES, INC. and KAREN SWEET
and for Cross-Claimant KAREN SWEET

I, Todd C. Hedin, am the ECF User whose ID and password are being used to file this STIPULATION FOR DISMISSAL.  In compliance with General Order 45, X., B., I hereby attest that Bryan Wilson has concurred in this filing.

Date: September 20, 2006        /s/ Todd C. Hedin
                                TODD C. HEDIN

9/20/06        IT IS SO ORDERED
               [signature]
               Judge Phyllis J. Hamilton
               UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA